IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JEROME OLIVER SR. et al.,

    Plaintiffs,     Case No. 2:12-cv-2388 GEB DAD PS

    vs.

SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF PLACER, et al.,     ORDER AND FINDINGS AND RECOMMENDATIONS

    Defendants

_____/

    This matter came before the court on February 1, 2013, for hearing of the motion to dismiss filed by defendant Placer County District Attorney's Office (Doc. No. 11) and the amended motion to consolidate filed by defendant Placer County Superior Court. (Doc. No. 15.) Andreas Garza, Esq. appeared telephonically for defendant Placer County Superior Court. Renju Jacob, Esq. appeared for defendant Placer County District Attorney's Office. Plaintiff David Jerome Oliver, Sr., appeared telephonically on his own behalf. Plaintiff Genesia Lei Aloha Oliver appeared telephonically on her own behalf. Plaintiff Chalise Monique Wilborn appeared on her own behalf and plaintiff Mary Estelle Oliver appeared on her own behalf.

    Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

1. Defendant Placer County Superior Court's December 13, 2012 amended motion to consolidate (Doc. No. 15) is denied without prejudice;

2. Defendant Placer County Superior Court shall file a response to plaintiff's amended complaint within fourteen days;

3. Plaintiffs' January 14, 2013 amended motion for summary judgment (Doc. No. 28) is denied without prejudice; and

4. The Status (Pretrial Scheduling) Conference previously set for March 15, 2013, is vacated.

Also, IT IS HEREBY RECOMMENDED that Defendant Placer County District Attorney's Office November 27, 2012 unopposed motion to dismiss (Doc. No. 11) be granted.[1]

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, plaintiffs may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within seven days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 4, 2013.

DAD:6
Ddad1\orders.pro se\oliver2388.oah.020113

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs' December 21, 2012 filing (Doc. No. 17) affirmatively states that plaintiffs do not oppose granting the motion to dismiss filed by defendant Placer County District Attorney's Office. At the February 1, 2013 hearing plaintiffs confirmed that they do not oppose granting that motion to dismiss and indicated their intention to file a notice of voluntary dismissal with respect to defendant Placer County District Attorney's Office. If plaintiff's do so, this recommendation will be rendered moot and dismissal will be granted.