1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID JEROME OLIVER SR. et al.,

11            Plaintiffs,                          Case No. 2:12-cv-2388 GEB DAD PS

12        vs.

13   SUPERIOR COURT OF THE STATE          ORDER
     OF CALIFORNIA FOR THE COUNTY
14   OF PLACER, et al.,

15            Defendants

16   _____/

17            Plaintiffs are proceeding pro se in the above-entitled action.  The matter was

18   referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

19            On February 5, 2013, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days after

22   service of the findings and recommendations.  The fourteen day period has expired, and no party

23   has filed objections to the findings and recommendations.

24            The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   /////

                                               1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed February 5, 2013 (Doc No. 30) are

3    adopted in full; and

4          2.  Defendant Placer County District Attorney's Office November 27, 2012

5    unopposed motion to dismiss (Doc. No. 11) is granted.

6    Dated:  March 27, 2013

7

8    _____
     GARLAND E. BURRELL, JR.
9    Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26