IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JEROME OLIVER SR. et al.,

    Plaintiffs,   Case No. 2:12-cv-2388 GEB DAD PS

    vs.

SUPERIOR COURT OF THE STATE   ORDER
OF CALIFORNIA FOR THE COUNTY
OF PLACER, et al.,

    Defendants

_____/

    Plaintiffs are proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On February 5, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 5, 2013 (Doc No. 30) are adopted in full; and

2. Defendant Placer County District Attorney's Office November 27, 2012 unopposed motion to dismiss (Doc. No. 11) is granted.

Dated: March 27, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2