UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JEROME OLIVER, SR.; GENESIA LEI ALOHA OLIVER; and MARY E. OLIVER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF PLACER, and DOES 1-20,<br><br>　　　　Defendants. | No. 2:12-cv-02388-GEB-DAD<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION** |

　　　　On July 18, 2013, an order was filed, which adopted the Magistrate Judge's June 11, 2013 Findings and Recommendations in full and dismissed Plaintiffs' Amended Complaint with prejudice. Judgment was entered accordingly on the same day.

　　　　On July 19, 2013, Plaintiffs filed "Objections to Magistrate Judge's Findings and Recommendations[,] Notice of Motion, Motion for Reconsideration." (ECF No. 47.) The Court "construe[s] th[is] filing[] . . . as a request for reconsideration or relief from judgment." Am. Ironworks & Erectors, Inc. v. N. Am. Constr. Corp., 248 F.3d 892, 898 (9th Cir. 2001).

　　　　"Under Federal Rule of Civil Procedure 59(e), a party may move to have the court amend its judgment within twenty-eight days after entry of the judgment." Allstate Ins. Co. v. Herron,

1

634 F.3d 1101, 1111 (9th Cir. 2011). However, "amending a judgment after its entry [is] an extraordinary remedy which should be used sparingly." Id. (internal quotation marks and citation omitted).

> In general, there are four basic grounds upon which a Rule 59(e) motion may be granted: (1) if such motion is necessary to correct manifest errors of law or fact upon which the judgment rests; (2) if such motion is necessary to present newly discovered or previously unavailable evidence; (3) if such motion is necessary to prevent manifest injustice; or (4) if the amendment is justified by an intervening change in controlling law.

Id.

Plaintiffs have not made an adequate showing under any of the referenced grounds for reconsideration. Therefore, Plaintiffs' reconsideration motion is DENIED.

Dated:  March 17, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge